# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                      Plaintiff,<br>v.<br>JUAN DEL CASTILLO LANDEROS,<br>                      Defendant. | Case No.: 22cr567<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

On March 29, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for April 8, 2022, to April 29, 2022. For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 16] and sets the Motion Hearing/Trial Setting on April 29, 2022, at 1:30p.m.

Further, on March 28, 2022, a plea agreement was lodged before the Court, and Defendant is schedule for a change of plea hearing on April 19, 2022. Accordingly, the Court finds that time from April 8, 2022, to April 29, 2022, shall be excluded under the Speedy Trial Act on grounds that a plea agreement is under the Court's consideration. 18 U.S.C. § 3161(h)(1)(G).

IT IS SO ORDERED.

Dated: 4/4/22

Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22cr567